U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 1 8 2007



ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
        SHREVEPORT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA     *     CIVIL ACTION NO. 06-1387

VERSUS     *     JUDGE STAGG

WILLIAM H. WITT, JR. aka     *     MAGISTRATE JUDGE SHEMWELL
WILLIAM H. WITT aka
WILLIAM WITT, JR. aka
WILLIAM L. WITT

## JUDGMENT

The defendant, having been duly served, more than the required number of days having

elapsed, and having failed to plead or otherwise defend, default having been heretofore entered, due

proof being made, the law and evidence being in favor hereof;

IT IS ORDERED, ADJUDGED and DECREED that there be judgment in favor of the

plaintiff, United States of America, and against the defendant, WILLIAM H. WITT, JR. aka

WILLIAM H. WITT aka WILLIAM WITT, JR. aka WILLIAM L. WITT, as follows:

| | |
|---|---|
| Unpaid principal balance after all payments received | $2,835.58 |
| Accrued interest as of July 6, 2006 at the rate of 8% plus any penalty and/or admin charges | $2,586.75 |
| Plus interest at 8% from July 6, 2006 to date of Judgment | |
| Plus post-judgment interest at the rate pursuant to 28 U.S.C. §1961(a) to be compounded annually; and | |
| Unpaid principal balance after all payments received | $1,659.89 |
| Accrued interest as of July 6, 2006 at the rate of 6.65% plus any penalty and/or admin charges | $1,466.33 |

Plus interest at 6.65% from
July 6, 2006 to date of Judgment

Plus post-judgment interest at the
rate pursuant to 28 U.S.C. §1961(a)
to be compounded annually.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defendant pay all costs

of this proceeding , including the filing fees allowed pursuant to 28 U.S.C. 2412(a)(2).

Shreveport, Louisiana, this the 18th day of ~~December~~ January, 2007.

for the CLERK OF COURT